DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LISUAN IZQUIERDO,**
Appellant,

v.

**VICTORIA COPOLOFF** f/k/a **VICTORIA IZQUIERDO,**

Appellee.

No. 4D2025-0371

[November 13, 2025]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Leatha D. Mullins, Judge; L.T. Case No. 562022DR001966.

Trevor J. Sherrard of Sherrard Law Group, Stuart, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GROSS, KLINGENSMITH and SHEPHERD, JJ., concur.


***Not final until disposition of timely-filed motion for rehearing.***